## IN THE UNITED STATES DISTRICT COURT
## FOR DELAWARE

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

     Plaintiffs,

     v.

APOTEX INC., and
APOTEX CORP.,

     Defendants.

Civil Action No.: 07-809

## ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ford F. Farabow to represent Plaintiff AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

  */s/ Mary W. Bourke*
**Mary W. Bourke (#2356)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange StreetWilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
DATED: December 19, 2007   mbourke@cblh.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____      _____
                    United States District Judge

581589

## IN THE UNITED STATES DISTRICT COURT
## FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC., and<br>SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>APOTEX INC., and<br>APOTEX CORP.,<br><br>    Defendants. | Civil Action No.: 07-809 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of South Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 12/17/07

Ford F. Farabow
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001
Phone: 202-408-4044
Fax: 202-408-4400

*Attorneys for the Plaintiffs*