## IN THE UNITED STATES DISTRICT COURT
## FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>    Defendants. | Civil Action No.: 07-809-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendants Apotex Inc. and Apotex Corp. shall answer, move, or otherwise plead in response to the Complaint is extended to and including January 31, 2008.

 _/s/ Mary W. Bourke_
**Mary W. Bourke (#2356)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

*Attorneys for Plaintiffs.*

 _/s/ Richard L. Horwitz_
**Richard L. Horwitz (#2246)**
**Kenneth L. Dorsney (#3726)**
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899
Telephone: (302) 984-6027
Facsimile: (302) 658-1192
rhorwitz@potteranderson.com
kdorseney@potteranderson.com

*Attorneys for Defendants.*

SO ORDERED this _____ day of December, 2007.

_____
United States District Judge