IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>Defendants. | Civil Action No.: 07-809-JJF-LPS |

**PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT
APOTEX INC. PURSUANT TO 10 *DEL. C.* § 3104**

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha (collectively referred to as "Plaintiffs") hereby provide proof of service of the process and complaint upon Defendant Apotex Inc. ("Defendant") pursuant to 10 *Del. C.* § 3104 by filing the receipt for registered mail and return receipt. Attached as Exhibit A is the Affidavit of Kristen Healey Cramer, Esq., stating that the non-resident Defendant was served with the notice required by and pursuant to 10 *Del. C.* § 3104, and that the return receipt was received. The receipt for registered mail and the return receipt are attached as Exhibit 1 to the Affidavit.

584132

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ Kristen Healey Cramer*
**Kristen Healey Cramer (#4512)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
kcramer@cblh.com

*Of Counsel:*

Ford F. Farabow
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400


Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiffs,*
*AstraZeneca Pharmaceuticals LP, AstraZeneca UK*
*Limited, IPR Pharmaceuticals, Inc., and Shionogi*
*Seiyaku Kabushiki Kaisha.*

Dated: January 4, 2008

584132

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., and APOTEX CORP., <br><br> Defendants. | Civil Action No.: 07-809-JJF-LPS |

### AFFIDAVIT OF KRISTEN HEALEY CRAMER, ESQ.

I, Kristen Healey Cramer, being duly sworn according to law do depose and say:

1. I am an attorney for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha.

2. To the best of my knowledge, Apotex Inc. ("Defendant") has an address of 150 Signet Drive, Weston, Ontario, Canada M9L 1T9.

3. On December 11, 2007, Bryan Steilkie, of Parcels, Inc. served the summons and complaint upon Defendant by serving the Delaware Secretary of State.

4. On December 20, 2007, I mailed, by registered mail, return receipt requested, the summons and complaint with the notice required by 10 *Del. C.* § 3104 to Defendant in care of Robert B. Breisblatt, Welsh & Katz, Ltd., 120 S. Riverside Plaza, 22nd Floor, Chicago, IL 60606 and in care of Tammy McIntire, Apotex Corp., 2400 N. Commerce Parkway, Weston, FL 33326. Defendant designated Ms. McIntire at the above address as the person authorized to accept service of process on behalf of Defendant in a letter notifying Plaintiffs that Defendant had filed an ANDA.

584132

5. On January 2, 2008, I received the return receipts from the United States Post Office.

6. I have attached hereto as Exhibit 1 the return receipts (i.e., the green cards) indicating Defendant's receipt of the summons and complaint.

_____
Kristen Healey Cramer (#4512)

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 4th day of January, 2008.

_____
Notary Public

CHARLES A. KUHN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 1, 2008

584132

- 3 -

# EXHIBIT 1

584332

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): ANDREI F. PEIA<br>C. Date of Delivery: 12/27/07<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Apotex Inc.<br>c/o Robert B. Breisblatt<br>Welsh & Katz, Ltd.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606 | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☒ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): RB972 229 680 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): AMELIA KOCHER<br>C. Date of Delivery: 12/27/07<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Apotex Inc.<br>c/o Tammy McIntire<br>Apotex Corp.<br>2400 N. Commerce Parkway<br>Weston, FL 33326 | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☒ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): RB 972 229 693 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540