IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC., and<br>SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-809-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### APOTEX INC.'S RULE 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR IN THE ALTERNATIVE TO TRANSFER TO THE MIDDLE DISTRICT OF FLORIDA

Defendant Apotex Inc. hereby moves, pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss the Complaint filed against it in this action for lack of personal jurisdiction. Apotex Inc. lacks sufficient contacts with this forum to satisfy the requirements of Delaware's long-arm statute or the requirements of due process. Apotex Inc. is a Canadian corporation with virtually no contacts in this State.

In the alternative, Apotex Inc. moves, pursuant to 28 U.S.C. § 1631, to transfer this case to the Middle District of Florida, where a related case is currently pending; where Apotex Inc. has consented to personal jurisdiction for purposes of this case; and where Apotex Inc.'s designated U.S. agent for purposes of the ANDA in suit is located.

A memorandum in support of this motion is filed herewith.

OF COUNSEL:

Robert B. Breisblatt
J. Aron Carnahan
Laurie A. Haynie
Welsh & Katz Ltd.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
Tel: (312) 655-1500

Dated: January 31, 2008
845872 / 32546

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on January 31, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 31, 2008, I have Electronically Mailed the document to the following person(s):

Mary W. Bourke
Kristen Healey Cramer
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
mbourke@cblh.com
kcramer@cblh.com

Charlie E. Lipsey
York M. Faulkner
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Ford F. Farabow
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com

Henry J. Renk
Colleen Tracy
Dennis Gregory
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
hrenk@fchs.com
ctracy@fchs.com
dgregory@fchs.com

/s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

843476 / 32546

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., and APOTEX CORP., <br><br> Defendants. | C.A. No. 07-809-JJF |

## ORDER

Having considered Defendant Apotex Inc.'s Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative to Transfer to the Middle District of Florida;

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is GRANTED. The Complaint against Apotex Inc. is hereby DISMISSED.

_____
United States District Judge

845872 / 32546