### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>    Defendants. | Civil Action No.: 07-809-JJF-LPS |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Plaintiffs shall respond to Apotex Corp.'s Motion to Dismiss is extended to and including March 20, 2008.

| | |
|---|---|
| _/s/ Mary W. Bourke_<br>**Mary W. Bourke (#2356)**<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>mbourke@cblh.com<br>*Attorneys for Plaintiffs* | _/s/ Richard L. Horwitz_<br>**Richard L. Horwitz (#2246)**<br>**Kenneth L. Dorsney (#3726)**<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 N. Market St., 6th Floor<br>Wilmington, DE 19801<br>Phone: 302-984-6000<br>Fax: 302-658-1192<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com<br>*Attorneys for Defendants* |

Dated: February 8, 2008

    SO ORDERED this _____ day of February, 2008.

 

_____
United States District Judge

591077

## **CERTIFICATE OF SERVICE**

  I, hereby certify on this 8th day of February, 2008 I electronically filed the foregoing STIPULATION AND ORDER with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Richard L. Horwitz (#2246)**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com

  The undersigned counsel further certifies that, on February 8, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

| <u>**Via Email and Hand Delivery:**</u> | <u>**Via Email and Federal Express:**</u> |
|---|---|
| **Richard L. Horwitz (#2246)** | **J. Aron Carnahan** |
| **Kenneth L. Dorsney (#3726)** | **Robert B. Breisblatt** |
| POTTER ANDERSON & CORROON LLP | **Laurie A. Haynie** |
| Hercules Plaza | WELSH & KATZ, LTD. |
| 1313 N. Market St., 6th Floor | 120 S. Riverside Plaza, 22nd Floor |
| Wilmington, DE 19801 | Chicago, IL 60606 |
| Phone: 302-984-6000 | Phone: 312-655-1500 |
| Fax: 302-658-1192 | Fax: 312-655-1501 |
| rhorwitz@potteranderson.com | rbbreisblatt@welshkatz.com |
| kdorsney@potteranderson.com | jacarnahan@welshkatz.com |
| | lahaynie@welshkatz.com |

              **CONNOLLY BOVE LODGE & HUTZ LLP**

              By:   */s/ Mary W. Bourke*
              **Mary W. Bourke (#2356)**
              1007 N. Orange Street
              Wilmington, DE 19899
              Telephone: (302) 658-9141
              Facsimile: (302) 658-5614
              mbourke@cblh.com

591077