IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>Defendant. | Civil Action No.: 07-809-JJF-LPS |

### ENTRY OF APPEARANCE

Please enter the appearance of Thomas A. Stevens, in-house counsel for AstraZeneca Pharmaceuticals LP, on behalf of Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.

/s/ Thomas A. Stevens
Thomas A. Stevens, Esq. (#3039)
Sr. Litigation Counsel
Legal Department
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE
302 885 5457 (office)
Thomas.Stevens@astrazeneca.com

Dated: February 12, 2008

591126

## CERTIFICATE OF SERVICE

I, hereby certify on this 12th day of February, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Richard L. Horwitz**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com

The undersigned counsel further certifies that, on February 12, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

| **Via Email and Hand Delivery:** | **Via Email and Federal Express:** |
|---|---|
| **Richard L. Horwitz** | **J. Aron Carnahan** |
| **Kenneth L. Dorsney** | **Robert B. Breisblatt** |
| POTTER ANDERSON & CORROON LLP | **Laurie A. Haynie** |
| Hercules Plaza | WELSH & KATZ, LTD. |
| 1313 N. Market St., 6th Floor | 120 S. Riverside Plaza, 22nd Floor |
| Wilmington, DE 19801 | Chicago, IL 60606 |
| Phone: 302-984-6000 | Phone: 312-655-1500 |
| Fax: 302-658-1192 | Fax: 312-655-1501 |
| rhorwitz@potteranderson.com | rbbreisblatt@welshkatz.com |
| kdorsney@potteranderson.com | jacarnahan@welshkatz.com |
| | lahaynie@welshkatz.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: ___/s/ Mary W. Bourke___
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

591126