IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC., and<br>SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>APOTEX INC. and<br>APOTEX CORP.,<br><br>    Defendants. | Civil Action No. 07-809-JJF-LPS |

**NOTICE OF SERVICE**

The undersigned here by certifies that copies of PLAINTIFFS' REQUEST FOR DOCUMENTS RELEVANT TO JURISDICTIONAL DISCOVERY and PLAINTIFFS' INTERROGATORIES TO APOTEX RELEVANT TO JURISDICTIONAL DISCOVERY were caused to be served on March 3rd in the manner indicated:

<u>**Via Email and Hand Delivery:**</u>
**Richard L. Horwitz (#2246)**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

<u>**Via Email and Federal Express:**</u>
**J. Aron Carnahan**
**Robert B. Breisblatt**
**Laurie A. Haynie**
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Phone: 312-655-1500
Fax: 312-655-1501
rbbreisblatt@welshkatz.com
jacarnahan@welshkatz.com
lahaynie@welshkatz.com

## CERTIFICATE OF SERVICE

    I, hereby certify on this 3rd day of March, 2008 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Richard L. Horwitz**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com

    The undersigned counsel further certifies that, on March 3, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

| Via Email and Hand Delivery: | Via Email and Federal Express: |
|---|---|
| **Richard L. Horwitz** | **J. Aron Carnahan** |
| **Kenneth L. Dorsney** | **Robert B. Breisblatt** |
| POTTER ANDERSON & CORROON LLP | **Laurie A. Haynie** |
| Hercules Plaza | WELSH & KATZ, LTD. |
| 1313 N. Market St., 6th Floor | 120 S. Riverside Plaza, 22nd Floor |
| Wilmington, DE 19801 | Chicago, IL 60606 |
| Phone: 302-984-6000 | Phone: 312-655-1500 |
| Fax: 302-658-1192 | Fax: 312-655-1501 |
| rhorwitz@potteranderson.com | rbbreisblatt@welshkatz.com |
| kdorsney@potteranderson.com | jacarnahan@welshkatz.com |
| | lahaynie@welshkatz.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: ___/s/ Mary W. Bourke___
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

595796