IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-809-JJF |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that Apotex Corp.s' time to file a Rely Brief on its Motion to Dismiss For Failure to State A Claim (D.I. 16) shall be extended to April 14, 2008.

CONNOLLY BOVE LODGE & HUTZ LLP     POTTER ANDERSON & CORROON LLP

By: */s/ Mary W. Bourke*
    Mary W. Bourke (#2356)
    1007 N. Orange Street
    Wilmington, DE 19899
    Tel: (302) 888-6305
    mbourke@cblh.com

*Attorneys for Plaintiffs*

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*

SO ORDERED THIS _____ day of _____, 2008

_____
United States District Judge

857039/32546