## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC., and<br>SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>      Plaintiffs,<br><br>v.<br><br>APOTEX INC. and<br>APOTEX CORP.,<br><br>      Defendants. | Civil Action No. 07-809-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' NOTICE OF DEPOSITION OF APOTEX INC. PURSUANT TO RULE 30(b)(6)** and **PLAINTIFFS' NOTICE OF DEPOSITION OF APOTEX CORP. PURSUANT TO RULE 30(b)(6)** were caused to be served on March 26th in the manner indicated:

**Via Email and Hand Delivery:**
**Richard L. Horwitz (#2246)**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

**Via Email and Federal Express:**
**J. Aron Carnahan**
**Robert B. Breisblatt**
**Laurie A. Haynie**
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Phone: 312-655-1500
Fax: 312-655-1501
rbbreisblatt@welshkatz.com
jacarnahan@welshkatz.com
lahaynie@welshkatz.com

## CERTIFICATE OF SERVICE

I, hereby certify on this 27th day of March, 2008 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Richard L. Horwitz**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com


The undersigned counsel further certifies that, on March 27, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

| | |
|---|---|
| **Via Email:** | **Via Email:** |
| **Richard L. Horwitz** | **J. Aron Carnahan** |
| POTTER ANDERSON & CORROON LLP | **Robert B. Breisblatt** |
| Hercules Plaza | **Laurie A. Haynie** |
| 1313 N. Market St., 6th Floor | WELSH & KATZ, LTD. |
| Wilmington, DE 19801 | 120 S. Riverside Plaza, 22nd Floor |
| Phone: 302-984-6000 | Chicago, IL 60606 |
| Fax: 302-658-1192 | Phone: 312-655-1500 |
| rhorwitz@potteranderson.com | Fax: 312-655-1501 |
| kdorsney@potteranderson.com | rbbreisblatt@welshkatz.com |
| | jacarnahan@welshkatz.com |
| | lahaynie@welshkatz.com |


**CONNOLLY BOVE LODGE & HUTZ LLP**

By:     /s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com

600942