IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br> ASTRAZENECA UK LIMITED, <br> IPR PHARMACEUTICALS, INC., and <br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, | ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) | C.A. No. 07-809-JJF |
| v. | ) <br> ) <br> ) | |
| APOTEX INC., and APOTEX CORP., | ) <br> ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies that copies of the following document(s) were caused to be served on April 2, 2008, upon the following attorneys of record at the following addresses as indicated:

    DEFENDANT APOTEX INC.'S OBJECTIONS AND RESPONSES TO
    PLAINTIFF'S REQUEST FOR DOCUMENTS RELEVANT TO
    JURISDICTIONAL DISCOVERY

    DEFENDANT APOTEX INC.'S OBJECTIONS AND RESPONSES TO
    PLAINTIFF'S INTERROGATORIES RELEVANT TO
    JURISDICTIONAL DISCOVERY

    DEFENDANT APOTEX CORP.'S OBJECTIONS AND RESPONSES
    TO PLAINTIFF'S REQUEST FOR DOCUMENTS RELEVANT TO
    JURISDICTIONAL DISCOVERY

    DEFENDANT APOTEX CORP.'S OBJECTIONS AND RESPONSES
    TO PLAINTIFF'S INTERROGATORIES RELEVANT TO
    JURISDICTIONAL DISCOVERY

**VIA ELECTRONIC MAIL**

Mary W. Bourke
Kristen Healey Cramer
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
mbourke@cblh.com
kcramer@cblh.com

Charlie E. Lipsey
York M. Faulkner
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Ford F. Farabow
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com

Henry J. Renk
Colleen Tracy
Dennis Gregory
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
hrenk@fchs.com
ctracy@fchs.com
dgregory@fchs.com

OF COUNSEL:

J. Aron Carnahan
Laurie A. Haynie
WELSH & KATZ LTD.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
Tel: (312) 655-1500

Robert B. Breisblatt
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Tel: (312) 902-5480

Dated: April 3, 2008
858557 / 32546

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 3, 2008, the attached document was Electronically Mailed to the following person(s):

Mary W. Bourke
Kristen Healey Cramer
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
mbourke@cblh.com
kcramer@cblh.com

Charlie E. Lipsey
York M. Faulkner
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Thomas A. Stevens
Legal Department
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE 19850
Thomas.Stevens@astrazeneca.com

Ford F. Farabow
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com

Henry J. Renk
Colleen Tracy
Dennis Gregory
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
hrenk@fchs.com
ctracy@fchs.com
dgregory@fchs.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

843476 / 32546