## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP,      )
ASTRAZENECA UK LIMITED,              )
IPR PHARMACEUTICALS, INC., and       )
SHIONOGI SEIYAKU KABUSHIKI KAISHA,   )
                                     )
            Plaintiffs,              )        C.A. No. 07-809-JJF
                                     )
    v.                               )
                                     )
APOTEX INC., and APOTEX CORP.,       )
                                     )
            Defendants.              )

### NOTICE OF CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE of the change of firm and address, effective today, for Robert

B. Breisblatt, who has been admitted pro hac vice to represent Defendants Apotex Inc. and

Apotex Corp. in this matter.  All other attorneys involved in the case from Welsh & Katz, Ltd.

and Potter Anderson & Corroon LLP continue to represent Defendants.

> Robert B. Breisblatt
> Katten Muchin Rosenman LLP
> 525 West Monroe Street
> Chicago, Illinois 60661-3693
> (312) 902-5480
> robert.breisblatt@kattenlaw.com

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Steven E. Feldman
Sherry L. Rollo
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL  60606
Tel:  (312) 655-1500

By:  _/s/ Richard L. Horwitz_____
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Robert B. Breisblatt
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Tel:  (312) 902-5480

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

Dated:  April 4, 2008
858256 / 32546

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, Richard L. Horwitz, hereby certify that on April 4, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on April 4, 2008, the attached document was Electronically Mailed

to the following person(s):

Mary W. Bourke
Kristen Healey Cramer
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
mbourke@cblh.com
kcramer@cblh.com

Ford F. Farabow
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com

Charlie E. Lipsey
York M. Faulkner
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Henry J. Renk
Colleen Tracy
Dennis Gregory
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
hrenk@fchs.com
ctracy@fchs.com
dgregory@fchs.com

Thomas A. Stevens
Legal Department
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE 19850
Thomas.Stevens@astrazeneca.com

*/s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com