IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>　　　Defendants. | Civil Action No.: 07-809-JJF-LPS |

### ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kenneth M. Frankel of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Two Freedom Square, 11955 Freedom Drive, Reston, Virginia 20190 to represent Plaintiff AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**CONNOLLY BOVE LODGE & HUTZ LLP**

　　　　　　　　　　　　　　　　　　*/s/ Mary W. Bourke*
　　　　　　　　　　　　　　　　　　**Mary W. Bourke (#2356)**
　　　　　　　　　　　　　　　　　　CONNOLLY BOVE LODGE & HUTZ LLP
　　　　　　　　　　　　　　　　　　1007 N. Orange Street
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　Telephone: (302) 658-9141
　　　　　　　　　　　　　　　　　　Facsimile:  (302) 658-5614
DATED: April 7, 2008　　　　　　　mbourke@cblh.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>Defendants. | Civil Action No.: 07-809-JJF-LPS |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Virginia and District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: April 3, 2008

/s/ Kenneth M. Frankel
Kenneth M. Frankel
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
Telephone: 571-203-2700
Facsimile: 202-408-4400
*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

I, hereby certify on this 7th day of April, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Richard L. Horwitz (#2246)**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com

The undersigned counsel further certifies that, on April 7, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

<u>Via Email:</u>
**Richard L. Horwitz (#2246)**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com

<u>Via Email:</u>
**J. Aron Carnahan**
**Robert B. Breisblatt**
**Laurie A. Haynie**
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Phone: 312-655-1500
Fax: 312-655-1501
rbbreisblatt@welshkatz.com
jacarnahan@welshkatz.com
lahaynie@welshkatz.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: _/s/ Mary W. Bourke_
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

602468

3