IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC., and<br>SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-809-JJF-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that Apotex Inc.'s time to file a Reply Brief on its Motion To Dismiss For Lack Of Personal Jurisdiction Or In The Alternative To Transfer To The Middle District Of Florida (D.I. 13) shall be extended to May 5, 2008.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Mary W. Bourke*<br>    Mary W. Bourke (#2356)<br>    1007 N. Orange Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 888-6305<br>    mbourke@cblh.com<br><br>*Attorneys for Plaintiffs* | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendants* |

SO ORDERED THIS _____ day of _____, 2008.

_____
United States District Judge

861588/32546