## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP,  )
ASTRAZENECA UK LIMITED,  )
IPR PHARMACEUTICALS, INC., and  )
SHIONOGI SEIYAKU KABUSHIKI KAISHA,  )
                              )
          Plaintiffs,      )   C.A. No. 07-809-JJF-LPS
                              )
     v.                  )
                              )
APOTEX INC., and APOTEX CORP.,  )
                              )
          Defendants.     )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Jeremy C. Daniel and Joanna R. Stevason of Katten Muchin Rosenman LLP, 525

W. Monroe Street, Chicago, Illinois 60661 to represent Defendants Apotex Inc. and Apotex

Corp. in this matter.

                          POTTER ANDERSON & CORROON LLP

                          By: */s/ David E. Moore*
                              Richard L. Horwitz (#2246)
                              David E. Moore (#3983)
                              Hercules Plaza, 6th Floor
                              1313 N. Market Street
                              Wilmington, Delaware 19801
                              Tel:  (302) 984-6000
                              rhorwitz@potteranderson.com
                              dmoore@potteranderson.com

Dated:  April 28, 2008              *Attorneys for Defendants*
860379 / 32546

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____              _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion


Date:  April 28, 2008          Signed:     /s/ Jeremy C. Daniel
                                            Jeremy C. Daniel
                                            Katten Muchin Rosenman LLP
                                            525 W. Monroe Street
                                            Chicago, Illinois 60661
                                            Telephone:  (312) 902-5200
                                            jeremy.daniel@kattenlaw.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐  has been paid to the Clerk of the Court

☒  will be submitted to the Clerk's Office upon the filing of this motion


Date:  April 28, 2008            Signed:      /s/ Joanna R. Stevason
                                              Joanna R. Stevason
                                              Katten Muchin Rosenman LLP
                                              525 W. Monroe Street
                                              Chicago, Illinois 60661
                                              Telephone:  (312) 902-5200
                                              joanna.stevason@kattenlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 28, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on April 28, 2008, the attached document was Electronically Mailed

to the following person(s):

| | |
|---|---|
| Mary W. Bourke<br>Kristen Healey Cramer<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>mbourke@cblh.com<br>kcramer@cblh.com | Ford F. Farabow<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>ford.farabow@finnegan.com |
| Charlie E. Lipsey<br>York M. Faulkner<br>Kenneth M. Frankel<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br>charles.lipsey@finnegan.com<br>york.faulkner@finnegan.com<br>kenneth.frankel@finnegan.com | Henry J. Renk<br>Colleen Tracy<br>Dennis Gregory<br>Fitzpatrick, Cella, Harper & Scinto<br>30 Rockefeller Plaza<br>New York, NY 10112<br>hrenk@fchs.com<br>ctracy@fchs.com<br>dgregory@fchs.com |
| Thomas A. Stevens<br>Legal Department<br>AstraZeneca Pharmaceuticals<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Thomas.Stevens@astrazeneca.com | |

*/s/ David E. Moore*
Richard L. Horwitz

David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

843476 / 32546