IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>        v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>    Defendants. | Civ. No. 07-809-JJF-LPS |

### NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' FIRST SET OF REQUESTS (NOS. 1 - 39) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on June 4, 2008 in the manner indicated:

**Via Email & Hand Delivery:**
Richard L. Horwitz
**Potter Anderson & Corroon LLP**
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com

**Via Email & Federal Express:**
Jeremy C. Daniel
Joanna R. Stevason
Robert Breisblatt
Stephen P. Benson
Brian J. Sodikoff
Craig M. Kuchii
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, Illinois 60661
Phone: 312.902.5200
Fax: 312.902.1061
jeremy.daniel@kattenlaw.com
joanna.stevason@kattenlaw.com
Robert.breisblatt@kattenlaw.com
Stephen.benson@kattenlaw.com
Brian.sodikoff@kattenlaw.com
Craig.kuchii@kattenlaw.com

Respectfully Submitted:

*/s/ Mary W. Bourke*

| | |
|---|---|
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charles E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| Kenneth M. Frankel | 1007 N. Orange Street |
| York M. Faulkner | P.O. Box 2207 |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 | |
| Facsimile: (202) 408-4400 | *Attorneys for Plaintiffs* |

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

Thomas A. Stevens (#3039)
ASTRAZENECA PHARMACEUTICALS LP
1800 Concord Pike
Wilmington, DE 19850-5437
(302) 885-5457
(302) 886-8037

*Of Counsel for Plaintiffs*

*Attorney for AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.*

Dated: June 4, 2008

## CERTIFICATE OF SERVICE

I, hereby certify on the 4th day of June, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served the following via email:

Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Jeremy C. Daniel
Joanna R. Stevason
**Robert Breisblatt**
Stephen P. Benson
Brian J. Sodikoff
Craig M. Kuchii
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, Illinois 60661
Phone: 312.902.5200
Fax: 312.902.1061
jeremy.daniel@kattenlaw.com
joanna.stevason@kattenlaw.com
Robert.breisblatt@kattenlaw.com
Stephen.benson@kattenlaw.com
Brian.sodikoff@kattenlaw.com
Craig.kuchii@kattenlaw.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

615246