## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, | : : : : : | |
| Plaintiffs, | : : | Civ. No. 07-806-JJF-LPS |
| v. | : : | |
| Sun Pharmaceutical Industries Ltd., | : : | |
| Defendant. | : | |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, | : : : : : | |
| Plaintiffs, | : : | Civ. No. 07-808-JJF-LPS |
| v. | : : | |
| Par Pharmaceutical Inc., | : : | |
| Defendant. | : | |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, | : : : : : | |
| Plaintiffs, | : : | Civ. No. 07-809-JJF-LPS |
| v. | : : | |
| Apotex Inc. and Apotex Corp., | : : | |
| Defendants. | : | |

```
AstraZeneca Pharmaceuticals LP,      :
AstraZeneca UK Limited, IPR          :
Pharmaceuticals Inc., and            :
Shionogi Seiyaku Kabushiki Kaisha,   :
                                     :
              Plaintiffs,            :
                                     :   Civ. No. 07-810-JJF-LPS
      v.                             :
                                     :
Aurobindo Pharma Ltd. and            :
Aurobindo Pharma USA Inc.,           :
                                     :
              Defendants.            :


AstraZeneca Pharmaceuticals LP,      :
AstraZeneca UK Limited, IPR          :
Pharmaceuticals Inc., and            :
Shionogi Seiyaku Kabushiki Kaisha,   :
                                     :
              Plaintiffs,            :
                                     :   Civ. No. 07-811-JJF-LPS
      v.                             :
                                     :
Cobalt Pharmaceuticals Inc. and      :
Cobalt Laboratories Inc.,            :
                                     :
              Defendants.            :
```

## ORDER

At Wilmington this 6th day of June, 2008.

IT IS ORDERED that oral argument is hereby scheduled for **July 3, 2008 at 10:00 a.m.** in courtroom 2A before the Honorable Leonard P. Stark regarding the following motions:

1. **07-806**: Sun's 12(b)(1) motion to dismiss plaintiffs' claim of infringement under 35 U.S.C. § 271(a) in count II of the complaint (D.I. 18).

2. **07-808**: AstraZeneca's motion to dismiss Par Pharmaceutical's counterclaim counts IV and V (D.I. 17).

      3. **07-809**: (1) Apotex, Inc.'s Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction or in the alternative to transfer to the Middle District of Florida (D.I. 13); (2) Apotex Corp.'s motion to dismiss under 12(b)(6), 12(b)(1), and 12(b)(7) (D.I. 16).

      4. **07-810**: (1) Aurobindo USA's motion to dismiss the complaint for lack of subject matter jurisdiction under Rule 12(b)(1) (D.I. 15); (2) Aurobindo India and Aurobindo USA's motion to dismiss for lack of personal jurisdiction and nonjoinder (D.I. 17).

      5. **07-811**: Cobalt's Rule 12(b)(1) motion to dismiss count II of the complaint or terminate the automatic stay of approval (D.I. 14).

      Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

      _[signature]_
UNITED STATES MAGISTRATE JUDGE