IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ROSUVASTATIN CALCIUM PATENT LITIGATION, | : | MDL No. 08-1949-JJF |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>           Plaintiffs, <br><br>      v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br>           Defendant. | : | Civil Action No. 07-805-JJF-LPS |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>           Plaintiffs, <br><br>      v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD., <br><br>           Defendant. | : | Civil Action No. 07-806-JJF-LPS |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>           Plaintiffs, <br><br>      v. <br><br> SANDOZ INC., <br><br>           Defendant. | : | Civil Action No. 07-807-JJF-LPS |

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>      Plaintiffs,<br><br>  v.<br><br>PAR PHARMACEUTICALS INC.,<br><br>      Defendant. | Civil Action No. 07-808-JJF-LPS |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>      Plaintiffs,<br><br>  v.<br><br>APOTEX CORP.,<br><br>      Defendants. | Civil Action No. 07-809-JJF-LPS |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>      Plaintiffs,<br><br>  v.<br><br>AUROBINDO PHARMA LTD. AND AUROBINDO PHARMA USA INC.,<br><br>      Defendants. | Civil Action No. 07-810-JJF-LPS |

```
ASTRAZENECA PHARMACEUTICALS    :
LP, ASTRAZENECA UK LIMITED,    :
IPR PHARMACEUTICALS INC., AND  :
SHIONOGI SEIYAKU KABUSHIKI     :
KAISHA,                        :
                               :
        Plaintiffs,            :
                               :
    v.                         :  Civil Action No. 07-811-JJF-LPS
                               :
COBALT PHARMACEUTICALS INC.    :
AND COBALT LABORATORIES INC.,  :
                               :
        Defendants.            :
_____ :_____
ASTRAZENECA PHARMACEUTICALS    :
LP, ASTRAZENECA UK LIMITED,    :
IPR PHARMACEUTICALS INC., AND  :
SHIONOGI SEIYAKU KABUSHIKI     :
KAISHA,                        :
                               :
        Plaintiffs,            :
                               :
    v.                         :  Civil Action No. 08-359-JJF-LPS
                               :
AUROBINDO PHARMA LTD. AND      :
AUROBINDO PHARMA USA INC.,     :
                               :
        Defendants.            :
_____ :_____
ASTRAZENECA PHARMACEUTICALS    :
LP, ASTRAZENECA UK LIMITED,    :
IPR PHARMACEUTICALS INC., AND  :
SHIONOGI SEIYAKU KABUSHIKI     :
KAISHA,                        :
                               :
        Plaintiffs,            :
                               :
    v.                         :  Civil Action No. 08-426-JJF-LPS
                               :
TEVA PHARMACEUTICALS USA,      :
                               :
        Defendant.             :
```

## O R D E R

At Wilmington, this 29 day of June 2010, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion For Leave To File A Sur-Reply (D.I. 546 ) is **GRANTED**.

2. Defendants' Motion To Dismiss AstraZeneca Pharmaceuticals, LP For Lack Of Standing (D.I. 422) is **GRANTED**.

3. **Within five (5) days of the date of this Order,** Plaintiffs shall file, with notice to Defendants, a proposed Final Judgment Order encompassing the Court's rulings on infringement, invalidity and unenforceability as set forth in the accompanying Memorandum Opinion.

_____
UNITED STATES DISTRICT JUDGE